FILED
2022 APR 28 PM 12:22
CLERK
U.S. DISTRICT COURT

ANDREA T. MARTINEZ, United States Attorney (#9313)
BRADY WILSON, Assistant United States Attorney (#17350)
Attorneys for the United States of America
20 North Main Street, Suite 208
St. George, Utah 84770
Telephone:   (435) 634-4264   •   Facsimile:   (435) 634-4272

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | INFORMATION |
| Plaintiff, | : | |
| | | VIO. 8 U.S.C. § 1326 |
| vs. | : | |
| | | (REENTRY OF A PREVIOUSLY |
| EDGAR CONTRERAS-ESCOBAR, | : | REMOVED ALIEN) |
| Defendant. | : | Case: 4:22−cr−00047 |
| | | Assigned To : Nuffer, David |
| | | Assign. Date : 4/28/2022 |
| | | Description: USA v. |
| | | Contreras−Escobar |

The United States Attorney charges:

COUNT I

On or about April 27, 2022, in the Central Division of the District of Utah,

EDGAR CONTRERAS-ESCOBAR,

the defendant herein, an alien who on or about October 10, 2018, was excluded, removed,

and deported from the United States, did knowingly reenter and was found in the United

States in the District of Utah, having not obtained the consent of the Secretary of the

United States Department of Homeland Security to reapply for admission into the United

States; all in violation of Title 8, United States Code, Section 1326.

DATED this __28th__ day of April, 2022.


ANDREA T. MARTINEZ
United States Attorney


BRADY WILSON
Assistant United States Attorney